UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOANNE M. OGDEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> PUBLIC UTILITY DISTRICT NO. 2 OF ) <br> GRANT COUNTY d/b/a GRANT COUNTY ) <br> PUD, ) <br> ) <br> Defendant. ) <br> ) | NO. CV-12-0584-LRS <br><br> ORDER GRANTING MOTION FOR <br> ENTRY OF STIPULATED PROTECTIVE <br> ORDER |

BEFORE THE COURT is the parties' Stipulation For Protective Order (ECF No. 18).[1]  The court has reviewed the documents and the file and is fully informed.  The parties' motion for entry of the proposed stipulated protective order, ECF No. 18, is **GRANTED**.

**IT IS SO ORDERED**.  The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 18th day of March, 2013.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

---

[1] The Court construes the parties' intent to be a motion for entry of a stipulated protective order, although a motion was not filed pursuant to LR 7.0.

ORDER - 1