# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

JOANNE M. OGDEN,

*Plaintiff*

v.

PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, doing business as Grant County PUD,

*Defendant*

Civil Action No.  2:12-CV-584-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order Granting Defendant's Motion for Summary Judgment entered on March 31, 2016, ECF No. 176, Judgment is entered in favor of Defendant and all of Plaintiff's claims are dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson  on a motion for summary judgment.

Date:  3/31/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas